# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RALPH S. JANVEY     *
    *
    *
v.     *    Civil No. – JFM-16-3355
    *
PETER ROMERO     *
******

## ORDER

For the reasons stated in the memorandum entered herewith, it is, this 30th day of January 2017

ORDERED that the order entered by the Bankruptcy Court denying the Receiver's motion to dismiss Romero's petition for bankruptcy relief is affirmed.


       __/s/_____
       J. Frederick Motz
       United States District Judge